An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF JON NATHAN OWENS, BAR NO. 12843.

No. 68582

**FILED**

SEP 11 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK



## *ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition under SCR 111 concerning attorney Jon Nathan Owens, based on a conviction for one count of driving under the influence, a misdemeanor. Owens self-reported the conviction to the State Bar. Because the crime is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

Although the seriousness of drinking and driving cannot be minimized, first-offense driving under the influence is not the type of offense for which professional discipline is typically imposed. 2 Geoffrey C. Hazard, Jr. & W. William Hodes, *The Law of Lawyering*, § 69.04 (4th ed. 2015); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). Accordingly, having considered the petition and supporting documentation, we conclude that Owen's offense does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-27538

cc:    Bar Counsel, State Bar of Nevada
       Jon Nathan Owens